# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D18-2641

———————————————

JUDY REBECCA REHMAN,

Appellant,

v.

ARKAM REHMAN,

Appellee.

———————————————

On appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

September 14, 2018

PER CURIAM.

The Motion to Dismiss Appeal, filed July 2, 2018, is granted. The appeal is hereby dismissed. *See Ward v. Bragg*, 957 So. 2d 670, 671 (Fla. 1st DCA 2007).

WOLF, WINOKUR, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Carrington Madison Mead of Carrington Madison Mead, Jacksonville, for Appellant.

Lawrence C. Datz of Datz & Datz, P.A., Jacksonville, for Appellee.